

# COURT OF APPEALS

SANDEE BRYAN MARION
CHIEF JUSTICE
KAREN ANGELINI
MARIALYN BARNARD
REBECA C. MARTINEZ
PATRICIA O. ALVAREZ
LUZ ELENA D. CHAPA
JASON PULLIAM
JUSTICES

FOURTH COURT OF APPEALS DISTRICT
CADENA-REEVES JUSTICE CENTER
300 DOLOROSA, SUITE 3200
SAN ANTONIO, TEXAS 78205-3037
WWW.TXCOURTS.GOV/4THCOA.ASPX

KEITH E. HOTTLE
CLERK OF COURT

TELEPHONE
(210) 335-2635

FACSIMILE NO.
(210) 335-2762

August 5, 2015

John Wennermark
1924 N Main Ave.
San Antonio, TX 78212-3942
* DELIVERED VIA E-MAIL *

Robinson C. Ramsey
Langley & Banack, Inc.
Trinity Plaza II Suite 900
San Antonio, TX 78212-3141
* DELIVERED VIA E-MAIL *

James W. Carter, IV
Langley & Banack, Inc.
745 E. Mulberry, Suite 900
San Antonio, TX 78212
* DELIVERED VIA E-MAIL *

RE:    Court of Appeals Number:    04-14-00564-CV
          Trial Court Case Number:    2013-PC-0636
          Style:    In the Estate of Wade R. Bedell, Jr., Deceased

Dear Counsel:

The above cause has been set for formal submission ON BRIEFS ONLY before this Court on Tuesday, September 8, 2015, before a panel consisting of Justice Rebeca C. Martinez, Justice Patricia O. Alvarez, and Justice Luz Elena D. Chapa.

Very truly yours,
KEITH E. HOTTLE, CLERK

Cynthia A. Martinez
Deputy Clerk, Ext. 53853